# EXHIBIT D

| | |
|---|---|
| **From:** | kennedy@ask-attorneys.com |
| **To:** | "Bass, Brooke" |
| **Cc:** | "Demetrius Jackson"; "Yazmin Ortega"; kennedy@ask-attorneys.com |
| **Subject:** | RE: Aramark (Loyola) All BUW (2022-1365) |
| **Date:** | Thursday, February 13, 2025 10:25:22 AM |
| **Importance:** | High |

Brooke –

The Company continues to make unauthorized deductions, in increasing amounts, from employee paychecks in violation of Arbitrator Dilts Award. The Union demands that the Company cease and desist from all wage deductions pursuant to the VENTRA and parking benefit programs. Absent immediate compliance, we are authorized to take appropriate action in enforcement of the Award.

WK

Wes Kennedy
Allison, Slutsky & Kennedy, P.C.
Suite 2000 – **Suite 2000 Effective March 24, 2023**
230 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 364-9400
Cellphone: (312) 758-9400
Facsimile: (312) 364-9410

CONFIDENTIALITY NOTE: This e-mail is not encrypted. However, the e-mail is PRIVILEGED AND CONFIDENTIAL, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies and notify the sender immediately.

**From:** kennedy@ask-attorneys.com <kennedy@ask-attorneys.com>
**Sent:** Saturday, January 18, 2025 12:02 PM
**To:** 'Bass, Brooke' <Bass-Brooke@aramark.com>
**Cc:** 'Demetrius Jackson (djackson@unitehere1.org)' <djackson@unitehere1.org>; 'Yazmin Ortega' <yortega@unitehere1.org>
**Subject:** RE: Aramark (Loyola) All BUW (2022-1365)

Brooke –

Thanks for your email. If you are going to subpoena the records, please do so ASAP. The Union is concerned at the lack of progress since the issuance of the Award three months ago.

In addition, as demanded the Union, the Company should cease the continued (and increasing) unauthorized deductions from the employee wages.

Absent compliance, the Union will pursue appropriate relief.

WK

Wes Kennedy
Allison, Slutsky & Kennedy, P.C.
Suite 2000 – **Suite 2000 Effective March 24, 2023**
230 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 364-9400
Cellphone: (312) 758-9400
Facsimile: (312) 364-9410

CONFIDENTIALITY NOTE: This e-mail is not encrypted. However, the e-mail is PRIVILEGED AND CONFIDENTIAL, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies and notify the sender immediately.

---

**From:** Bass, Brooke <Bass-Brooke@aramark.com>
**Sent:** Wednesday, January 15, 2025 4:26 PM
**To:** kennedy@ask-attorneys.com
**Subject:** RE: Aramark (Loyola) All BUW (2022-1365)

Wes,

I am going to be asking the Arbitrator for a subpoena for health equity records.

Best,

**Brooke Bass** |  Aramark | Labor Relations Director | Corporate 2400 Market Street, 8th Floor|
Philadelphia, PA 19103
**M** 507.401.0126

**EMAIL** bass-brooke@aramark.com | **WEB** www.aramark.com | **FACEBOOK** aramark | **TWITTER** @aramark
© 2024  Aramark. All rights reserved. This communication, including attachments, is for the exclusive use of addressee as directed by Aramark and may contain proprietary, confidential and/or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this communication and destroy all copies.
**PLEASE PRINT RESPONSIBLY**

---

**From:** kennedy@ask-attorneys.com <kennedy@ask-attorneys.com>
**Sent:** Wednesday, January 15, 2025 10:23 AM

**To:** Bass, Brooke <Bass-Brooke@aramark.com>
**Cc:** 'Demetrius Jackson' <djackson@unitehere1.org>; 'Yazmin Ortega' <yortega@unitehere1.org>;
'Fatima Jurado' <fjurado@unitehere1.org>
**Subject:** RE: Aramark (Loyola) All BUW (2022-1365)

**CAUTION:** This email was sent from an external sender. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brooke –

Following up on Arbitrator Dilts' Award and our outstanding information request. We need the requested information, which the Company is required to produce under the NLRA and the Award. I am also advised that the Company has continued and increased the unauthorized wage deductions subject to the Award. The Union requests that the Company cease and desist from the unauthorized deductions.

We look forward to your response.  Absent compliance, the Union will take appropriate action pursuant to the Award.

Thank you for your attention.

WK

Wes Kennedy
Allison, Slutsky & Kennedy, P.C.
Suite 2000 – **Suite 2000 Effective March 24, 2023**
230 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 364-9400
Cellphone: (312) 758-9400
Facsimile: (312) 364-9410

CONFIDENTIALITY NOTE: This e-mail is not encrypted. However, the e-mail is PRIVILEGED AND CONFIDENTIAL, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies and notify the sender immediately.

**From:** kennedy@ask-attorneys.com <kennedy@ask-attorneys.com>
**Sent:** Tuesday, January 7, 2025 4:56 PM
**To:** 'Bass, Brooke' <Bass-Brooke@aramark.com>
**Cc:** 'Demetrius Jackson (djackson@unitehere1.org)' <djackson@unitehere1.org>; 'Yazmin Ortega'
<yortega@unitehere1.org>; 'Fatima Jurado (fjurado@unitehere1.org)' <fjurado@unitehere1.org>
**Subject:** RE: Aramark (Loyola) All BUW (2022-1365)

Brooke –

We have not received a response to the Union's November 7 request for information regarding the remedy under Arbitrator Dilts' Award.  Please advise when we can expect to receive the requested information.

Thanks.

WK

Wes Kennedy
Allison, Slutsky & Kennedy, P.C.
Suite 2000 – **Suite 2000 Effective March 24, 2023**
230 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 364-9400
Cellphone: (312) 758-9400
Facsimile: (312) 364-9410

CONFIDENTIALITY NOTE: This e-mail is not encrypted. However, the e-mail is PRIVILEGED AND CONFIDENTIAL, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies and notify the sender immediately.

---

**From:** kennedy@ask-attorneys.com <kennedy@ask-attorneys.com>
**Sent:** Thursday, November 7, 2024 10:05 AM
**To:** 'Bass, Brooke' <Bass-Brooke@aramark.com>
**Cc:** 'Demetrius Jackson (djackson@unitehere1.org)' <djackson@unitehere1.org>; 'Yazmin Ortega' <yortega@unitehere1.org>; 'Fatima Jurado (fjurado@unitehere1.org)' <fjurado@unitehere1.org>
**Subject:** Aramark (Loyola) All BUW (2022-1365)

Brooke –

Please see the attached.

WK

Wes Kennedy
Allison, Slutsky & Kennedy, P.C.
Suite 2000 – **Suite 2000 Effective March 24, 2023**
230 West Monroe Street
Chicago, Illinois 60606

Telephone: (312) 364-9400
Cellphone: (312) 758-9400
Facsimile: (312) 364-9410

CONFIDENTIALITY NOTE: This e-mail is not encrypted. However, the e-mail is PRIVILEGED AND CONFIDENTIAL, and it is for the sole use of the named and intended recipient. Any review by or distribution to others is strictly prohibited and may be illegal. If you are not the intended recipient, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please delete all copies and notify the sender immediately.

LAW OFFICES
**ALLISON, SLUTSKY & KENNEDY, P.C.**
SUITE 2000
230 WEST MONROE STREET
CHICAGO, ILLINOIS 60606

www.ask-attorneys.com

⊜⊂⊃⊃⊃36

WESLEY G. KENNEDY
N. ELIZABETH REYNOLDS
  LICENSED IN ILLINOIS AND TEXAS
SUSAN M. MATTA
SAM HENSEL
  LICENSED IN ILLINOIS AND INDIANA
PATRICK J. FOOTE
CARLIE W. DISERIO
MICHAEL H. SLUTSKY
  OF COUNSEL

TELEPHONE
(312) 364-9400

FACSIMILE
(312) 364-9410

November 7, 2024

**BY EMAIL**

Brook Bass, Labor Relations
      Director
Aramark Educational Services
2400 Market Street, 8th Floor
Philadelphia, Pennsylvania 19103

> Re:     Aramark (Loyola) and UNITE HERE Local 1
> – All BUW (2022-1365)

Dear Brooke:

The Union has asked me to follow up with respect to the remedy under Arbitrator Dilts' Award.

We request that the Company produce the following information to the Union:

1.     Please provide records of all employee designations of the parking benefit or transit benefit under Article 31 of the Agreement during the period November 1, 2022 to the present; and, for those designating the parking benefit, the preferred parking garage designated, if any.

2.     Please provide records of all payments of the $40.00 monthly stipends under Article 31 for the transit benefit and/or parking benefit, for the same period, whether made through payroll, contributions to Health Equity accounts, or otherwise.

3.     Please provide records of all deductions from employee wages for supplemental contributions to parking and/or transit benefit, for the same period.

4.     Please provide all records of all employee Health Equity accounts, including records of all deposits/contributions and all disbursements, and records of any employee authorization for wage deductions, for the same period. As you know, Arbitrator Dilts found that, as an agent of the Company, Health Equity is required to provide the requested data; and that the Company is required to obtain the data from Health

Brook Bass, Labor Relations                                    November 7, 2024
    Director                                                   Page 2

      Equity.

     The foregoing information is necessary to the Union's continued investigation of the remedy under Arbitrator Dilts' Award, its enforcement of the collective bargaining agreement, and its representation of the affected bargaining unit employees in this matter. The Union reserves the right to request additional information as appropriate.

     We look forward to receiving the requested information as soon as possible, and in any event no later than November 22, 2024. Thank you for your attention.

                Very truly yours,

                /s/ Wesley Kennedy

                Wesley Kennedy

WK:td

cc (By Email): Demetrius Jackson, UNITE HERE Local 1
              Yazmin Ortega, UNITE HERE Local 1
              Fatima Jurado, UNITE HERE Local 1